**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 17, 2025

**BY ECF**

Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Juan Valera**,
       **15 Cr. 753 (JPO)**

Dear Judge Oetken:

    I write to request that the Court authorize and direct Pretrial Services to release Mr. Juan Valera's passport to a representative from my office. Mr. Valera's passport was surrendered to Pretrial Services during the pendency of his criminal case, which terminated in final judgment on October 17, 2022. Mr. Valera has now completed his prison sentence and is in immigration detention pending removal. His immigration counsel advises that obtaining his passport to provide to his deportation officer can reduce the amount of time he spends in detention.

Respectfully submitted,

/s/ Clay H. Kaminsky
Clay H. Kaminsky
Assistant Federal Defender
Tel.: (212) 417-8749

Granted.
Pretrial Services is hereby directed to release custody of Mr. Valera's passport and return it to a representative from the Federal Defenders of New York.
So ordered.
3/18/2025

_____
J. PAUL OETKEN
United States District Judge